# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

Two Palms Software, Inc. et al,

    Plaintiffs,

        v.                CASE NUMBER: 4:10CV1045 CEJ

Worldwide Freight Management, LLC et al,

    Defendants.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Directed Verdict.** This action came before the Court for a trial by jury, the Court granted in part and denied in part defendant's motion for judgment as a matter of law at the close of plaintiffs' case and at the end of all the evidence.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of all defendants.

                                      James G. Woodward
                                      CLERK

August 8, 2012
DATE

                        By:    *Deborah O'Leary*
                              Deborah O'Leary
                              DEPUTY CLERK